UNITED STATES FEDERAL
WESTERN DISTRICT COURT
========================================x
In The Matter Of:
MARCEL PIERRE
                    Plaintiff,


          -Against-                          **CIVIL COMPLAINT**
                                             • • • • • • • • • • • • • • • • • • • • • • • •
                                             DOCKET NO. 21    CV 163
STATE OF NEW YORK DEPARTMENT OF
CORRECTIONS AND COMMUNITY SUPERVISION.
                                             DATE: NOVEMBER 19 /2020
CORRECTION OFFICER,
JOHN DOE (1)
                                             **JURY BY DEMAND**
CORRECTIONAL OFFICER,                        **DEMAND: UNSPECIFIED**
JOHN DOE (2)

WYOMING COUNTY COMMUNITY HOSPITAL
(WARSAW)
DOCTOR, JOHN DOE (1)
========================================x



          PLAINTIFF, MARCEL PIERRE BY WAY OF PRO'SE,
NOW MOVES THE WESTERN DISTRCIT COURT AND ALLEGES THE FOLLOWING CONSTITUTIONAL
VIOLATIONS BROUGHT HEREIN THIS CIVIL ACTION COMPLAINT AGAINST DEFENDANTS.


1]    THIS IS A CIVIL RIGHTS COMPLAINT ACTION BROUGHT PURSUANT TO AND
UNDER 42-U.S.C.§ 1983, BY THE HEREIN CAPTIONED PLAINTIFF AGAINST THE ABOVE
NAMED DEFENDANTS, WHILST THE PLAINTIFF WAS IN THE CUSTODY OF THE STATE OF
NEW YORK DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION.
THE CLAIMS HEREIN CONSIST OF **ASSUALT, EXECESSIVE FORCE, WANTON INFLICTION
OF PAIN,** SUCH BEING FORBIDDEN UNDER THE FOURTH, EIGTH AND FOURTEENTH UNITED
STATES AMENDMENTS, FURTHERMORE ANY OTHER VIOLATION THIS COURT MAY DEEM SO
PROPER IN THE INSTANT MATTER.


          **JURISDICTION AND VENUE**
          • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •
2]    THIS ACTION ARISES UNDER THE UNITED STATES CONSTITUTION AND IS THUS
APPLICABLE UNDER 42-U.S.C.§§ 1983 and 1988. THE JURISDICTION OF THIS COURT
IS PREDICATED UPON 28.U.S.C §§ 1331 and 1343(a)(3-4).

1

3]    THE ACTS HEREIN COMPLAINED OF OCCURED IN THE WESTERN DISTRICT OF THE STATE OF NEW YORK AND VENUE IS PROPERLY VESTED IN THIS COURT OF JURISDICTION PURSUANT TO 28 U.S.C § 1391(b).

### P A R T I E S    T O    A C T I O N

4]    __MARCEL PIERRE_____, BEING A RESIDENT OF THE STATE OF NEW YORK COUNTY OF MONROE, AND STATE THAT I WAS INCARCERATED IN THE STATE OF NEW YORK DEPARTMENT OF CORRECTIONS SPECIFICALLY **WYOMING FACILITY** AT THE TIME OF THE INCIDENT THAT DID SO OCCUR.

5]    **D E F E N D A N T,** STATE OF NEW YORK DEPARTMENT OF CORRECTIONS IS A **MUNICIPALITY** ORGANIZED UNDER AND EXISTING BY VIRTUE OF THE LAWS OF THE STATE OF NEW YORK, FURTHERMORE SAID FACILITY WAS IN THE COUNTY OF WYOMING.

6]    **D E F E N D A N T,** CORRECTIONAL OFFICER JOHN DOE #(1) AT ALL RELEVANT TIMES, IS OR WAS A CORRECTIONAL OFFICER WITHIN THE STATE OF NEW YORK UNDER THE DEPARTMENT OF CORRECTIONS AND WAS FURTHER ASSIGNED TO THE WYOMING STATE CORRECTIONAL FACILITY ON THE NIGHT OF THE INCIDENT. SAID OFFICER WAS ACTING IN THE CAPACITY OF AN AGENT ASWELL EMPLOYEE OF THE STATE OF NEW YORK AND THE DEPARTMENT OF CORRECTIONS. THE HEREIN COMPLAINED ACTS WERE WITHIN THE SCOPE OF HIS EMPLOYMENT AND AS SUCH HE WAS **ACTING UNDER COLOR OF STATE LAW.** THIS DEFENDANT IS SUED IN HIS INDIVIDUAL CAPACITY.

7]    **D E F E N D A N T,** CORRECTIONAL OFFICER JOHN DOE #(2) AT ALL RELEVANT TIMES, IS OR WAS A CORREC TIONAL OFFICER WITHIN THE STATE OF NEW YORK UNDER THE DEPARTMENT OF CORRECTIONS AND WAS FURTHER ASSIGNED TO THE WYOMING STATE CORRECTIONAL FACILITY ON THE NIGHT OF THE INCIDENT. SAID OFFICER WAS ACTING IN THE CAPACITY OF AN AGENT ASWELL EMPLOYEE OF THE STATE OF NEW YORK AND THE DEPARTMENT OF CORRECTIONS. THE HEREIN COMPLAINED OF ACTS WERE WITHIN THE SCOPE OF HIS EMPLOYMENT AND AS SUCH HE WAS **ACTING UNDER COLOR OF STATE LAW.** THIS DEFENDANT IS BEING SUED IN HIS INDIVIDUAL CAPACITY.

8] **D E F E N D A N T,** WYOMING COUNTY COMMUNITY HOSPITAL **"WARSAW"**,
AT ALL RELEVANT TIMES HEREIN THE COMPLAINT. FURTHERMORE IS A HOSPITAL ENTITY
THAT OPERATES WITHIN THE COUNTY OF WYOMING ASWELL IN THE STATE OF NEW YORK.
THE DEFENDANT IN THE MATTER FURTHER TREATS PRISONERS WHOM ARE INCARCERATED
WITHIN THE STATE OF NEW YORK DEPARTMENT OF CORRECTIONS.

9] **D E F E N D A N T,** IS OR WAS THE EMPLOYER THAT HIRED AND SUPERVISED
THE DOCTOR THAT VIOLATED THE PLAINTIFF IN THE INSTANT MATTER, WITH CONDUCT
THAT AMOUNTS TO MAL-PRACTICE, ASSUALT, MALICE, WANTON INFLICTION OF PAIN
ASWELL THE DENEGRATION OF THE PLAINTIFF. THE WARSAW HOSPITAL OWNS AND ALSO
OPERATES THE WARSAW HOSPITAL, AND FURTHERMORE IMPLEMENTS AND ENFORCES THE
SAID POLICIES. THE DEFENDANT ALSO BEARS THE RESPONSIBILITY OF THE TRAINING
AND SUPERVISING OF THE DOCTOR HEREIN THIS COMPLAINT. THROUGH THE HOSPITAL
AND IMPLEMENTED POLICIES ASWELL TRAINING, INCLUDING THOSE PERTAINING TO
THE INTERACTION OF MEDICAL PERSONNEL WITH PRISONERS AND PRISONERS BILL OF
RIGHTS.

10] **D E F E N D A N T,** DOCTOR **John Doe** #(3) AT ALL RELEVANT TIMES HEREIN
THIS COMPLAINT, WAS FURTHERMORE AN EMPLOYEE FOR THE WYOMING COUNTY COMMUNITY
HOSPITAL **"WARSAW"**. THE DEFENDANT WAS ASSIGNED TO THE HOSPITAL ON THE NIGHT
IN WHICH THE ACTIONS OCCURED, ASWELL THE DEFENDANT PARTICIPATED IN THE CLAIM
OF THE ASSUALT AND INFLICTION OF PAIN. THIS DEFENDANT WAS ACTING UNDER THE
**COLOR OF STATE LAW,** FURTHERMORE BEING AN AGENT FOR THE HOSPITAL, ACTING AS
AN AGENT THERETO AND WAS ASWELL AN EMPLOYEE OF SAID HOSPITAL.
THE DEFENDANT IS BEING SUED IN HIS FULL AND INDIVIDUAL CAPACITY FOR DAMAGES
AS THE DEFENDANT WAS WITHIN THE SCOPE OF HIS EMPLOYMENT AND SUCH ACTING
UNDER STATE LAW.

11] THIS ACTION IS BROUGHT PURSUANT TO 42-U.S.C.A §§ 1983 & 1988,
THE ABOVE FOREMENTION ACT **PROHIBITS THE VIOLATIONS UNDER THE DOCTRINE OF**
" **COLOR OF STATE LAW** " OF RIGHTS THAT ARE **SECURED BY WAY OF THE UNITED STATES**
**CONSTITUTION , LAWS TREATIES OF THE UNITED STATES.**
AT ALL RELEVANT TIMES IN THIS COMPLAINT THE DEFENDANTS ACTED UNDER THE LAWS
AND TREATIES OF THE UNITED STATES ASWELL THE STATE OF NEW YORK.

3

## O R D E R   O F   E V E N T S

12]     ON OR ABOUT THE **18th, day of FEBRUARY,2020,** AT APPROXIMATELY **1:00am**
THE PLAINTIFF WAS A PRISONER IN THE STATE OF NEW YORK SPECIFICALLY THE
**WYOMING** CORRECTIONAL FACILITY. SUCH IS RUN AND OPERATED BY THE STATE OF
NEW YORK AND THE DEPARTMENT OF CORRECTIONS.

13]     THE PLAINTIFF WAS HOUSED AT THE WYOMING FACILITY ON FEBRUARY 18th,
IN THE YEAR OF 2020. THE PLAINTIFF WAS EXITING THE FACILITY RECREATIONAL
AREA AT APPROXIMATELY 10:00pm, WHEN OFFICERS DECIDED TO RANDOMLY SELECT THE
PLAINTIFF TO BE SEARCHED UPON THE RETURN TO THE HOUSING LOCATION.
THE PLAINTIFF PLACED HIS HANDS ON THE WALL AND WAS PAT FRISKED ASWELL ALL
THE PLAINTIFFS POCKETS WERE CHECKED. THERE WAS NO CONTRABAND DISCOVERED.

14]     THE PLAINTIFF WAS THEN DIRECTED TO GO TO A STRIP FRISK ROOM AND BE
STRIP FRISKED, WHEN THE PLAINTIFF COMPLAINED THAT SUCH WAS AN INTRUSION AND
THAT PLAINTIFF HAD DONE NOTHING WRONG, THE OFFICERS BEGAN TO ASSUALT THE
PLAINTIFF BY STRIKING PLAINTIFF IN THE FACE.

15]     THE PLAINTIFF WAS ESCORTED TO THE STRIP FRISK AREA, UPON ENTERING
THE **STRIP FRISK A**REA OFFICERS STATED TO THE PLAINTIFF, " IF YOU HAVE ANYTHING
ON YOU TURN IT OVER NOW". AT THAT POINT THE PLAINTIFF STATED THAT HE MAY
HAVE A "STICK" ON HIM. SUCH BEING A FORM OF MARIJUANA. THE PLAINTIFF TURNED
THE CONTRABAND OVER TO THE OFFICERS CONDUCTING THE SEARCH.

16]     DIRECTLY AFTER THE PLAINTIFF TURNED THE CONTRABAND OVER,THE OFFICERS
IMMEDIATELY JUMPED ON THE PLAINTIFF AND SMASHED THE PLAINTIFFS HEAD INTO THE
GROUND, AND CONTINUED BENDING THE PLAINTIFFS ARMS UNTIL THE PLAINTIFF COULD
NO LONGER FEEL HIS ARMS. AFTER A COMPLETE STRIP FRISK OF STRIPPING THE
PLAINTIFF DOWN TO NOTHING, THERE WAS NO OTHER CONTRABAND FOUND IN THE AREA
OR POSSESSION OF THE PLAINTIFF.

17]     THE PLAINTIFF WAS ESCORTED TO A STRIP CELL WITH NO CLOTHING AND OR
RUNNING WATER AND WAS PLACED UNDER A STOOLE WATCH TO DETERMINE IF PLAINTIFF
HAD CONSUMED ANY CONTROBAND. NO FURTHER CONTRABAND WAS LOCATED NOR FOUND
THE PLAINTIFF HAD BEEN FORTHRIGHT WITH THE OFFICERS THAT HE HAD NO OTHER
CONTRABAND UPON PLAINTIFFS PERSONS.

4

18]    AT APPROXIMATELY ,1:00am THE PLAINTIFF WAS TAKEN BY WAY OF AMBULANCE
TO THE COUNTY HOSPITAL "WARSAW", BASED UPON THE OFFICERS DIRECTION THAT
PLAINTIFF HAD CONSUMED SOMETHING, HOWEVER THE PLAINTIFF HAD NOT SWOLLOWED
ANY FURTHER CONTRABAND AND HAD TURNED ALL CONTRABAND OVER TO THE OFFICERS.
THE FACILITY MEDICAL STAFF ASWELL STATED THAT FROM THEIR VEIW PLAINTIFF
HAD CONSUMED SOMETHING. THE INFIRMARY STAFF ARE NOT MEDICAL EXPERTS IN THE
CONSUMPTION OF ILLEGAL CONTRABAND ITEM .

19]    WHILE AT THE WARSAW HOSPITAL, THE PLAINTIFF WAS TAKEN INTO A SMALL
ROOM ACCOMPANIED BY THE TWO JOHN DOE OFFICERS. SHORTLY SOMETIME AFTER BEING
IN THE WAITING ROOM A NURSE CAME IN AND ASK THE PLAINTIFF IF, PLAINTIFF WAS
ON ANY SUBSTANCES OR FELT ILL IN ANY MANNER THE PLAINTIFF RESPONDED NEGATIVE
THE NURSE THEN PROCEEDED TO TAKE THE PLAINTIFFS VITAL SIGNS SUCH AS PULSE
AND BLOOD PRESSURE ASWELL TEMPERATURE. THE PLAINTIFF WAS THEN SEEN BY A
DOCTOR WHOM CAME INTO THE ROOM AND EXPRESSED THAT THE PLAINTIFF WAS THERE
TO HAVE A COLON CHECK.

20]    PLAINTIFF ADVISED THE DOCTOR AND THE OFFICERS THAT PLAINTIFF WAS NOT
CONSENTING TO THE PROBING OF PLAINTIFFS ANAL CAVITY, PLAINTIFF FURTHER
POINTED OUT TO THE DOCTOR AND THE OFFICERS THAT BODY CAVITY SEARCHES WERE
IN FACT A VIOLATION OF PLAINTIFFS RELIGIOUS RIGHTS AND UNCONSTITUTIONAL.
THE JOHN DOE #1 , STATED TO THE PLAINTIFF THAT "YOUR NOT REFUSING ANYTHING
"SHUT THE FUCK UP YOUR STATE PROPERTY" " YOU CAN'T REFUSE NOTHING".

21]    IT WAS AT THAT TIME THAT JOHN DOE #2 STATED TO THE DOCTOR"WHAT DO
YOU NEED US TO DO"? THE DOCTOR THEN REPLIED ROLL HIM ON HIS SIDE AND HOLD
HIM DOWN". THE PLAINTIFF BEGAN TO SQUIRM AND TRY TO PREVENT THE VIOLATION.
HOWEVER IT WAS FUTILE AS THE PLAINTIFF WAS STILL IN CUFFS CHAIN AND SHACKLES,
THE JOHN DOE OFFICERS #1&2, GRABBED THE PLAINTIFF BY HIS ARMS, ROLLING THE
PLAINTIFF ON HIS STOMACH, WHILE ONE OF THE JOHN DOES HAD THEIR WEIGHT ON
THE TOP OF THE PLAINTIFF PREVENTING THE PLAINTIFF FROM MOVING.

22]    THE DOCTOR THEN STATED "DON'T WORRY YOU MIGHT  EVEN LIKE THIS OPEN
UP WIDE." THE DOCTOR BEGAN TO PLACE HIS FINGERS INSIDE THE PLAINTIFFS ANAL
CAVITY AREA MOVING THEM AROUND STATING IN PART CAN YOU FEEL THAT ?
THE PLAINTIFF WAS HUMILATED AND IN TEARS AT THIS TIME BUT THE INCIDENT
CONTINUED.

23]    THE DOCTOR FURTHER STATED TO THE JOHN DOE OFFICERS, KEEP HIM (PLAINTIFF) RIGHT THERE I HAVE TO GET SOMETHING, THE DOCTOR BEGAN TO PLACE A BLUNT OBJECT INTO THE PLAINTIFFS ANAL CAVITY CAUSING SEVERE PAIN. THE PLAINTIFF SCREAMED FOR THE ABUSE TO STOP BUT IT CONTINUED AS THE DOCTOR THEN STATED " I'M DEEP ENOUGH THERES NOTHING IN THERE HE'S AS CLEAN AS A WHISTLE. THE PLAINTIFF WAS THEN PLACED INTO A CORRECTIONAL VAN AND ESCORTED TO THE SPECIAL HOUSING  UNIT WHERE THE PLAINTIFF WAS LEFT WITH OUT SEEING ANY MEDICAL PERSONNEL FOR SEVERAL DAYS .

24]    PLAINTIFF ATTEMPTED TO SEE MEDICAL PERSONNEL AND ALERT THEM THAT HE HAD BEEN EXPERIENCING BLOOD IN HIS STOOLE AND THAT PLAINTIFF WAS IN EXTREME PAIN AFTER THE INCIDENT OCCURED. THE PLAINTIFF ASWELL ATTEMPTED TO FILE GRIEVANCES IN THE MATTER BUT THE GRIEVANCES WERE ULTIMATELY LODGED UNDER A WRONG TITLE AS PLAINTIFFS COMPLAINT WAS BASED ON THE ACTIONS OF THE STAFF THAT TRANSPORTED THE PLAINTIFF TO THE HOSPITAL, JOHN DOE #1 & 2)

25]    PLAINTIFF WAS ESCORTED TO THE ATTICA CORRECTIONAL FACILITY AFTER THE INCIDENT AT THE WARSAW HOSPITAL. PLAINTIFF WAS SUBJECTED TO A SHORT PERIOD OF ISOLATION IN SPECIAL HOUSING UNIT FOR THE POSSESSION OF THE CONTRABAND RETRIEVED FROM THE PLAINTIFF.

26]    PLAINTIFF WAS TRANSFERED TO THE **ORLEANS** CORRECTIONAL FACILITY AND PLACED IN THE FACILITY SPECIAL HOUSING UNIT, AFTER COMPLETION  OF THE DISCIPLANARY TERM IMPOSED. PLAINTIFF AGAIN ATTEMPTED TO UTILIZE THE STATE GRIEVANCE PROCEDURES AND ASWELL THE **F.O.I.L OFFICER** AT THE FACILITY IN AN ATTEMPT TO RECOVER THE NAMES AND THE RANKS OF THE OFFICERS THAT ESCORTED THE PLAINTIFF ON THE DAY IN QUESTION WHERE THE PLAINTIFFS CONSTITUTIONAL RIGHTS WERE ABROGATED AND VIOLATED.

(see Attachments in Appendix Evidence)

27]    PLAINTIFF NOW SEEKS THE HEREIN CIVIL ACTION AGAINST THE TITLED AND NAMED DEFENDANTS HEREIN THIS CIVIL ACTION AGAINST AN EMPLOYEE AND OR AGENT OF THE STATE AND OR MUNICIPALITY IN CONJUNCTION TO SUCH ORDERS POLICIES AND RULES IMPLEMENTED BY SAID GATEKEEPERS AND MUNICIPAL BODY THERETO.

FIRST CLAIM FOR RELIEF PURSUANT TO 42 U.S.C §§1983 AGAINST
DEFENDANTS THE STATE OF NEW YORK , DEPARTMENT OF CORRECTIONS
AND COMMUNITY SUPERVISION,JOHN DOE #1 JOHN DOE #2 AND DOCTOR JOHN DOE #1
°°°°°°°°°°°°°°°°°°°°°°°°°°°°°°°°°°°°°°°°°°°°°°°°°°°°°°°°°°°°°°°°°°°°°°°°°°°°°°

28]    PLAINTIFF REPEATS AND REALIGNS EACH AND EVERY ALLEGATION AS IF SET
       FORTH HEREIN THIS COMPLAINT UPON THE DEFENDANTS.

29]    BY REASON OF THE FOREGOING AND BY THE USE OF UNNECESSARY AND THE
       EXCESSIVE FORCE,ASSAULT,WANTON INFLICTION OF PAIN, CRUEL AND THE
       UNUSUAL TREATMENT OF THE PLAINTIFF HEREIN, DEPRIVING THE PLAINTIFF
       OF HIS GOD GIVEN AND CONSTITUTIONAL RIGHTS OF PROTECTION FURTHER
       UNDER THE HUMAN RIGHTS TREATY AND LAWS, THAT ARE GUARANTEED UNTO
       THE PLAINTIFF PURSUANT TO 42.U.S.C §§ 1983 & 1988, INCLUDING BUT
       LIMITED TO, RIGHTS GUARANTEED BY THE 14th AMENDMENT OF THE UNITED
       STATES CONSTITUTION.

30]    THE DEFENDANTS JOHN DOE #1 AND JOHN DOE #2, ACTED UNDER THE PRETENSE
       AND COLOR OF STATE LAW AND IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES
       AND WITHIN THE SCOPE OF THEIR EMPLOYMENT AS OFFICERS  AND EMPLOYEES
       OF THE STATE OF NEW YORK DEPARTMENT OF CORRECTIONS AND COMMUNITY
       SUPERVISION. THE ACTS COMPLAINED OF HEREIN THIS COMPLAINT WERE BEYOND
       THE SCOPE OF THE DEFENDANTS JURISDICTION, WITHOUT AUTHORITY OF LAW
       AND AN ABUSE OF THE POWERS GRANTED BY STATE AND FEDERAL LAWS.

31]    THE DEFENDANTS ACTED WILLFULLY, KNOWINGLY AND WITH THE SPECIFIC INTENT
       TO DEPRIVE PLAINTIFF OF CONSTITUTIONAL RIGHTS SECURED UNDER 1983,U.S.C
       AND THE FOURTEENTH AMENDMENT OF THE UNITED STATES CONSTITUTION.
       AND AS A DIRECT RESULT AND PROXIMATE CAUSE RESULTED IN THE UNNECESSARY
       EXCESSIVE AND IMPROPER TORTURE AND WANTON INFLICTION OF PAIN.
       THE FORCE USED BY THE DEFENDANTS IN THE MATTER WAS IMPROPER USE OF
       FORCE AND THE PLAINTIFF SUSTAINED THE DAMAGES HEREIN BEFORE ALLEGED.

SECOND CLAIM FOR RELIEF PURSUANT  TO 42 U.S.C §1983-1988
AGAINST DEFENDANTS STATE OF NEW YORK AND THE STATE OF
NEW YORK DEPARTMENT OF CORRECTIONS AND COMMUNITY
SUPERVISION, AND THE WARSAW HOSPITAL
∘∘∘∘∘∘∘∘∘∘∘∘∘∘∘∘∘∘∘∘∘∘∘∘∘∘∘∘∘∘∘∘∘∘∘∘∘∘∘∘∘∘∘∘∘∘∘∘∘∘∘∘∘∘∘∘∘∘∘∘∘∘∘

32] PLAINTIFF REPEATS AND REALIGNS EACH AND EVERY PART OF THE HEREIN
ALLEGATIONS AS IF FULLY SET FORTH. THE DEFENDANTS, THROUGH THEIR
EMPLOYEES ACTED UNDER THE PRETENSE AND COLOR OF LAW.
FURTHERMORE THE DEFENDANTS, PERMITTED,TOLERATED SUCH ACTS AND WAS
DELIBERATELY INDIFFERENT TO THE PATTERN AND PRATICES OF THE NAMED
VIOLATIONS AGAINST PRISONERS. THE WIDE SPREAD OF CORRECTIONAL
OFFICER ABUSE OF PRISONERS CONSTITUTED A MUNICIPAL DEPARTMENT
PRACTICE AND CUSTOM THAT LED TO THE PLAINTIFFS INJURIES AS A RESULT
OF THE DEFENDANTS ACTIONS.

33] DEFENDANTS SUBJECTED THE PLAINTIFF TO EXCESSIVE CRUEL AND UNUSUAL
WANTON INFLICTION OF PAIN AND ASSUALT, THAT WAS UNNECESSARY AND
WAS FURTHER GRATUITOUS FORCE BY SUBJECTING THE PLAINTIFF TO CRUEL
AND BRUTAL ASSAULT IN THE SHAPE OF SEXUAL ABUSE.
THE ACTS COMPLAINED OF WERE CARRIED OUT BY THE AFOREMENTION INDIV-
DUAL DEFENDANTS IN THEIR CAPACITIES AS SUPERVISORS AND IMPLEMENTING
OF POLICIES. THE DEFENDANTS WERE FURTHER ACTING IN AFOREMENTION
INDIVIDUAL CAPACITIES AS CORRECTIONAL OFFICERS AND AS PHYSCIAN
UNDER THE LAWS OF THE STATE OF NEW YORK.

34] THE ACTS COMPLAINED OF WERE COMITTED AND CARRIED OUT BY INDIVIDUAL
DEFENDANTS IN SUCH CAPACITIES AS CORRECTIONAL OFFICERS AND OFFICIAL
PURSUANT TO THE CUSTOMS AND POLICIES,USAGES,PRACTICES,PROCEDURES,
AND RULES OF THE STATE OF NEW YORK, ASWELL THE STATE OF NEW YORK
DEPARTMENT OF CORRECTIONS, AND FURTHER THE WARSAW HOSPITAL.
ALL UNDER THE STATE OF NEW YORK.

8

35]     D E F E N D A N T S, BY AND THROUGH ITS POLICY MAKERS,
CREATED AND MAINTAINED A CUSTOM, POLICY, AND OR PRACTICE OF FAILING
TO ADEQUATELY TRAIN, SUPERVISE AND DISCIPLINE ITS EMPLOYEES AND ITS
AGENTS, INCLUDING THE NAMED DEFENDANTS IN THIS CASE.
DEFENDANTS HAD ACTUAL OR CONSTRUCTIVE NOTICE OF ITS FAILURES TO
PROPERLY TRAIN AND SUPERVISE EMPLOYEES, ASWELL THE FAILURE TO NOT
DISCIPLINE THE EMPLOYEES AND OR AGENTS.

36]     IT WAS FURTHER FORESEEABLE THAT THE EMPLOYEES AND OR AGENTS WOULD
CONFRONT SITUATIONS SUCH AS THE INSTANT MATTER, WHERE EMPLOYEES
WOULD BE TEMPTED TO USE EXCESSIVE FORCE AND OR TEMPTED TO USE SUCH
FORCE IN AN IMPROPER MANNER, AND WITHOUT THE NECESSARY TRAINING
SUPERVISION AND DISCIPLINE, CONSTITUTIONAL VIOLATIONS SUCH AS THE
INSTANT CLAIM WOULD ARISE AND RESULT IN THE VIOLATIONS.
YET DEFENDANTS CHOSE NOT TO PROVIDE SUCH TRAINING,SUPERVISION AND
OR DISCIPLINE.

37]     DEFENDANTS FAILURE AND POOR SUPERVISION,TRAINING AND DISCIPLINE
AMOUNTED TO GROSS NEGLIGENCE, DELIBERATE INDIFFERENCE, FURTHERMORE
INTENTIONAL MISCONDUCT, AND ENCOURAGED OR SIMPLY PERMITTED ALLOWING
THE DEFENDANTS TO ENGAGE IN SUCH CONDUCT WHICH AS A DIRECT RESULT
AND PROXIMATELY DIRECTLY CAUSED THE PLAINTIFFS INJURIES AND DAMAGES
SET FORTH HEREIN THIS COMPLAINT.

38]     THE FOREGOING CUSTOMS AND POLICIES,USAGE,PRACTICES AND PROCEDURES
AND RULES OF THE STATE OF NEW YORK DEPARTMENT OF CORRECTIONS AND
THE STATE OF NEW YORK WARSAW COMMUNITY HOSPITAL, WERE THE MOVING
FORCE BEHIND THE CONSTITUTIONAL VIOLATIONS SUFFERED BY PLAINTIFF.
AS A RESULT THE PLAINTIFF WAS SUBJECTED TO EXCESSIVE FORCE.
THE DEFENDANTS ACTED IN A COLLECTIVE FORCE AND INDIVIDUALLY,
WHILE ACTING UNDER COLOR OF STATE LAW, ACQUIESCED IN A PATTERN
OF UNCONSTITUTIONAL CONDUCT BY SUBORDINATE OFFICERS AND AGENTS AND
WERE RESPONSIBLE FOR THE VIOLATION  OF THE PLAINTIFFS CONSTITUTIONAL
RIGHTS.

39]     BY PERMITTING AND TOLERATING THE EXCESSIVE FORCE THERETO SANCTION
OF SUCH ACTIONS KNOWING OF ITS PERSISTANCE AND WIDESPREAD POLICY
PRACTICES AND CUSTOMS THAT LED TO THE ASSUALT UPON THE PLAINTIFF ON
THE DAY IN QUESTION. THE DEFENDANTS DEPRIVED THE PLAINTIFF OF HIS
CONSTITUTIONAL RIGHTS AND PRIVILAGES THAT ARE PROTECTED WITH UNITED
STATES IMMUNITIES GUARANTEED TO THE PLAINTIFF BY WAY OF 42-U.S.C 1983
INCLUDING BUT NOT LIMITED TO THE FOURTEENTH AMENDMENT, THE RIGHT TO
BE FREE FROM UNECESSARY IMPROPER EXCESSIVE USE OF FORCE.

### THIRD CLAIM FOR RELIEF PURSUANT TO 42-U.S.C. § 1983
### AGAINST THE NAMED DEFENDANTS IN THE CAPTION MATTER

40]     PLAINTIFF REPEATS AND REALIGNS EACH AND EVERY ALLEGATION HEREIN AS
SET FULLY HEREIN. THE INDIVIDUAL DEFENDANTS CONSPIRED FOR THE PURPOSE
OF KEEPING THE PLAINTIFF QUITE AND THE INCIDENT CONCEALED WITHOUT
FURTHER AND PROPER INVESTIGATION. THE INDIVIDUAL DEFENDANTS CONSPIRED
FOR THE PURPOSES OF DEPRIVING THE PLAINTIFF OF HIS CONSTITUTIONAL
RIGHTS TO BE FREE FROM HARM, EXCESSIVE ABUSE AND DELIBERATE PRACTICE
THAT AMOUNT TO THE INDIFFERENCE TO THE PLAINTIFFS SAFETY AND WELLBEING.

41]     DEFENDANTS SOUGHT TO SUPPRESS THE PLAINTIFF FROM FILING THE PROPER
GRIEVANCES AND FURTHER THE DEFENDANTS FAILED TO PROPERLY INVESTIGATE
THE PLAINTIFFS (PREA) SEX CRISIS HOTLINE COMPLAINT, ASWELL THE STATES
AGENCY CONTINUES TO CONCEAL THE NAMES OF THE OFFICERS ASWELL THE
NAMED DOCTOR AT THE WARSAW HOSPITAL.

42]     DEFENDANTS HAD AN AFFIRMATIVE DUTY TO INTERVENE ON THE BEHALF OF THE
PLAINTIFF, WHOSE CONSTITUTIONAL RIGHTS WERE BEING ABROGATED AND
VIOLATED IN THEIR PRESENCE BY-CO-DEFENDANTS.

43]     DEFENDANTS FAILED TO INTERVENE TO PREVENT THE UNLAWFUL CONDUCT
DESCRIBED HEREIN THIS COMPLAINT, AS A DIRECT AND PROXIMATE RESULT OF
DEFENDANTS MISCONDUCT AND ABUSE OF AUTHORITY,THE PLAINTIFF SUSTAINED
THE FOREMENTION DAMAGES ALLEGED.

## P R A Y E R   F O R   R E L I E F

W H E R E F O R E, PLAINTIFF RESPECTFULLY REQUEST A JUDGEMENT AGAINST ALL OF THE NAMED DEFENDANTS IN THE INSTANT ACTION LISTED IN THE CAPTION AS FOLLOWS:

(a)   COMPENSATORY DAMAGES AGAINST ALL DEFENDANTS JOINTLY AND SEVERALLY IN THE AMOUNT OF [ FOUR MILLION DOLLARS ] $4,000,000.00

(b)   PUNITIVE DAMAGES AGAINST THE INDIVIDUAL DEFENDANT JOINTLY AND SEVERALLY IN THE AMOUNT OF [ FOUR MILLION DOLLARS ] $4,000,000.00

(c)   SUCH OTHER RELIEF THIS COURT DEEM JUST AND PROPER.

DATE: _11-24-20_

SWORN TO BE THE TRUTH UNDER OATH AND 28-U.S.C.A 1746

_____
MARCEL PIERRE

SWORN TO BEFORE ME,
THIS 24 DAY OF _November_ 20 20

_____
NOTARY PUBLIC

**JOHN M. FITZAK**
Notary Public - State of New York
No. 01FI6026303
Qualified in Orleans County
My Commission Expires June 14, 20_23_

11

# P R A Y E R    F O R    R E L I E F

W H E R E F O R E, PLAINTIFF RESPECTFULLY REQUEST A JUDGEMENT AGAINST ALL OF THE NAMED DEFENDANTS IN THE INSTANT ACTION LISTED IN THE CAPTION AS FOLLOWS:

(a)     COMPENSATORY DAMAGES AGAINST ALL DEFENDANTS JOINTLY AND SEVERALLY IN THE AMOUNT OF [ FOUR MILLION DOLLARS ]  $4,000,000.00

(b)     PUNITIVE DAMAGES AGAINST THE INDIVIDUAL DEFENDANT JOINTLY AND SEVERALLY IN THE AMOUNT OF [ FOUR MILLION DOLLARS ] $4,000,000.00

(c)     SUCH OTHER RELIEF THIS COURT DEEM JUST AND PROPER.

SWORN TO BE THE TRUTH UNDER OATH AND 28-U.S.C.A 1746

DATE: ___11-24-20___

_____
MARCEL PIERRE

SWORN TO BEFORE ME,
THIS 24 DAY OF November 20 20

_____
NOTARY PUBLIC

**JOHN M. FITZAK**
Notary Public - State of New York
No. 01FI6026303
Qualified in Orleans County
My Commission Expires June 14, 20 23

11

```
        P L A I N T I F F S    E X H A U S T I O N
                  A P P E N D I X
        ==========================================
```

# 1]    COPY OF ORIGINAL  GRIEVANCE FILED, BY PLAINTIFF..

# 2]    DETERMINATION MADE BY GRIEVANCE RESOLUTION COMMITTEE DENYING
        PLAINTIFF ANY RELIEF REQUESTED.

# 3]    PLAINTIFFS APPEAL OF THE GRIEVANCE DETERMINATION TO CENTRAL
        OFFICE WAS DELIVERED AND MAILED ON OR ABOUT IN MARCH/APRIL.

# 4]    PLAINTIFF WAS INTERVIEWED IN THE MONTH OF MARCH BY THE STATES
        SEXUAL MISCONDUCT " PREA" HOTLINE, NO DETERMINATION OR RESULT
        OF ACTIONS.

# 5]    PLAINTIFFS REFILED GRIEVANCES ON OR ABOUT IN OCTOBER 2020 ,
        FURTHER STATING CAUSE FOR THE LATE ATTEMPT, BEING STAFF CONDUCT.
        PLAINTIFF MAKES FURTHER REQUEST THROUGH THE F.O.I.L ACT TO
        OBTAIN JOHM DOE INFORMATION STATE REFUSES TO ACCOMIDATE AND
        RELEASE INFORMATION.

STATE OF NEW YORK
DEPARTMENT OF CORRECTIONS
AND COMMUNITY SUPERVISION.
——————————————————

O F F E N D E R    G R I E V A N C E

G R I E V A N C E    C O D E  #_____          DATE: OCTOBER 20th,2020

F A C I L I T Y :  O R L E A N S

COMPLAINTANT NAME: Mr. **MARCEL PIERRE**
OFFENDER IDENTIFICATION #  **19-B-2321**
...............................
N A T U R E    O F    C O M P L I N T
STAFF MISCONDUCT
ASSAULT
NEGLIGENCE
*****************

                    H I S T O R Y    O F    C O M P L A I N T
            ..........................................
            ==========================================

    THE INSTANT GRIEVANCE IS BELIED UPON A PRIOR GRIEVANCE THAT WAS FILED
BY THE GRIEVANT ON OR ABOUT MARCH 1st,2020. THE PRIOR GRIEVANCE COMPLAINED
OF AN INCIDENT THAT OCCURED ON OR ABOUT **FEBRUARY 18th,2020.**
THE GRIEVANT FILED ANOTHER GRIEVANCE IN CONNECTION WITH THE ORIGINAL FILED
GRIEVANCE ON **MARCH 4th,2020.** IN PART THE GRIEVANCES WERE MISREPRESENTED
AND IMPROPERLY FILED UNDER **CODE# 22.** IN RESPECT TO THE GRIEVANCES IT DID
NOT REVOLVE AROUND AN AGENCY THAT WAS OUTSIDE OF THE DEPARTMENT OF CORR,
AND COMMUNITY SUPPERVISION. IN FACT THE COMPLAINT STEMMED FROM THE ACTUAL
DEPARTMENT OF CORRECTIONAL STAFF, **SPECIFICALLY CORRECTIONAL OFFICERS THAT
ESCORTED THE GRIEVANT TO THE HOSPITAL FOR THEIR ACTIONS.**

                    F A C T S    O F    G R I E V A N C E
            ooooooooooooooooooooooooooooooooooooooooo

    **FEBRUARY 18th/2020** GRIEVANT WAS ESCORTED TO WARSAW (sic) HOSPITAL BY
AMBULANCE AND ESCORTED BY **TWO CORRECTIONAL OFFICERS,**(JOHN DOE 1  and 2)
UPON THE ARRIVAL AT THE HOSPITAL THE GRIEVANT WAS TOLD THAT A MEDICAL
PROCEDURE WAS GOING TO BE PERFORMED ON GRIEVANT.
THE GRIEVANT STATED THAT " HE REFUSED **ANY TREATMENT OR PROCEDURE ".**
THE **CORRECTIONAL OFFICERS** RESPONDED TO THE GRIEVANT,
" YOUR NOT REFUSING ANYTHING YOU ARE STATE PROPERTY".

                            1-of-2

S T A F F     M I S C O N D U C T
A S S A U L T
N E G L I G E N C E
∘∘∘∘∘∘∘∘∘∘∘∘∘∘∘∘∘∘∘∘∘∘∘∘∘∘∘∘∘∘∘∘∘∘

AFTER THE GRIEVANT AVERED THAT GRIEVANT WAS NOT SUBMITTING NOR WAS GRIEVANT CONSENTING TO THE PROCEDURE CONSISTING OF AN ANAL PROBE OF THE GRIEVANT. THE INCIDENT OCCURED AS FOLLOWS; **THE TWO UNIDENTIFIED CORRECTION OFFICERS PHYSICALLY HELD THE GRIEVANT DOWN WHILE THE GRIEVANT WAS CHAINED CUFFED AND SHACKLED,** AND SUCH ALLOWED THE PHYSICIAN OR DOCTOR TO VIOLATE THE GRIEVANTS **CONSTITUTIONAL RIGHTS,** BY PROBING THE ANAL AREA OF THE GRIEVANT WITH FINGERS AND SOME FORM OF A MEDICAL DEVICE.
THE GRIEVANT ATTEMPTED TO PREVENT THE PROBING BY SQUIRMING AND KICKING BUT SUCH WAS FUTILE.

R E L I E F     S O U G H T
∘∘∘∘∘∘∘∘∘∘∘∘∘∘∘∘∘∘∘∘∘∘∘∘∘∘∘

GRIEVANT REQUEST THE NAMES AND RANKS OF THE CORRECTIONAL OFFICERS THAT ESCORTED THE GRIEVANT TO THE HOSPITAL. FURTHERMORE THE GRIEVANT ALSO REQUEST THAT THE JOHN DOE OFFICERS AFTER THE DETERMINATION OF THEIR IDENTITY BE SANCTIONED AND REPRIMANDED FOR THEIR ACTIONS ASWELL SUSPENDED AND OR RELIEVED OF EMPLOYMENT UNDER THE STATE OF NEW YORK DEPARTMENT OF CORRECTION. THE GRIEVANT **REQUEST** TO BE **PROVIDED** WITH THE **NAMES OF THE TWO OFFICERS THAT ESCORTED AND ILLEGALLY RESTRAINED THE GRIEVANT.**

Date: 10/21/20

THIS COMPLAINT IS SWORN TO
UNDER PENALTY AND FURTHER
KNOWING OF FALSE STATEMENT
PURSUANT TO § 28-U.S.C.A 1746

MR . MARCEL PIERRE
19-B-2321

**At**tached
Original complaint.

# F O I L   R E Q U E S T
. . . . . . . . . . . . . . . . . . . . . .

NAME: MR. MARCEL PIERRE #19-B-2321
LOCATION:  ORLEANS E-1-  b
FACILITY:  O.C.F  NEW YORK
DATE:  OCTOBER 21/2020


**PLEASE BE SO ADVISED ,**
THAT THE ABOVE NAMED PERSON MAKES THIS FOIL REQUEST FOR THE FOLLOWING
INFORMATION BASED ON THE FOIL REQUEST HEREIN, THIS REQUEST IS MADE PURSUANT
TO §§ 84 to 90 UNDER THE PUBLIC OFFICERS LAW.

ASWELL THE SUBSCRIBER QUALIFIES FOR THE REDUCED FEE OF RESEARCH AND
OR PHOTO COPYING IN THE REQUEST AND SEARCH FOR THE BELOW INFORMATION.
§§ 13:66 ALLOWS FOR THE FOLLOWING INFORMATION TO BE RELEASED TO THE HEREIN
SUBSCRIBER FOR THE USE OF LEGAL PROPRIETY AND CIVIL LITIGATION ANY
HINDERING IN THE FINDING AND OR DENIAL OF INFORMATION THAT IS NOT EXEMPT
FROM THE QUALIFICATIONS OF THE FOIL ACT. MAY BE PUNISHABLE BY LAW.
THEREFORE FOLLOWED BY N.Y PUB.OFF.LAW § 87(2).

THE FOIL OFFICER SHALL HAVE **FIVE BUISNESS DAYS** IN WHICH TO RESPOND TO
THE HEREIN REQUESTED INFORMATION.

### R E Q U E S T E D . . . . I N F O R M A T I O N
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
THIS REQUESTER REQUEST THE NAMES AND RANKS OF THE OFFICERS THAT ESCORTED
THIS REQUESTER TO THE HOSPITAL ON OR ABOUT THE 18th,DAY OF FEBRUARY,2020
TO THE HOSPITAL AT APPROXIMATELY 1:00am FROM THE WYOMING CORRECTIONAL
FACILITY THIS REQUESTER BELIEVES THAT THE HOSPITAL WAS WARSAW.
FURTHERMORE IN THIS REQUEST THE AFFIRMATION OF THE HOSPITAL THE REQUESTER
WAS TAKEN TO. THIS INFORMATION IS NOT REQUESTED FOR ANY OTHER INDIVIDUAL
IT IS SOLEY REQUESTED FOR THE UNDERSIGNED REQUESTER.

REQUESTER OF INFORMATION,
UNDERSIGNED.

DATE: 10/21/2020

MR. MARCEL  PIERRE
19-B-2321

# O R L E A N S
# C O R R E C T I O N A L   F A C I L I T Y
### 3531-GAINES BASIN ROAD
### ALBION, NEW YORK, 14411-9199
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

FOIL REQUEST
============

NAME: MR. MARCEL PIERRE

DIN #19-B-2321

FACILITY: ORLEANS

DATE: OCTOBER 21st/2020


   **P L E A S E   B E   A D V I S E D,**
THAT PURSUANT TO THE FOIL ACT **FREEDOM OF INFORMATION ACT,(5)U.S.C,SECTION 552) ASWELL  THE PRIVACY ACT OF (5.U.S.C.SECTION 552(a),and MCKINNEY'S PUBLIC LAW, SECTION §§ 84-through-90.**


   THE ABOVE REQUESTER THROUGH WAY OF THE PUBLIC OFFICER HERE AT THE ORLEANS CORRECTIONAL FACILITY RESPECTFULLY REQUEST THE FOLLOWING INFORMATION PERTAINING TO THE BELOW LISTED WITH RESPECT TO INFORMATION.
FURTHERMORE THE FOIL OFFICER OF PUBLIC RECORDS AT THE ORLEANS FACILITY SHALL HAVE **FIVE BUSINESS DAYS** IN WHICH TO RESPOND BY NOTIFICATION OF THE HEREIN REQUEST.


   IT SHALL BE FURTHER **NOTICED** THAT THE REQUESTER WHOM IS INCARCERATED QUALIFIES FOR **REDUCED FINDING FEE ASWELL REPRODUCTION FEE.**
THE REQUESTER FURTHER STATES THAT THE INFORMATION HEREIN REQUESTED IS FOR THE PURPOSE AND USE ONLY BY THIS REQUESTER AND THAT NO OTHER PARTY HAS ANY INTEREST IN THE MATTER.

### R E Q U E S T E D _ _ _ I N F O R M A T I O N

#1]  THE NAMES AND RANKS OF THE CORRECTIONAL OFFICERS THAT ESCORTED
     THIS REQUESTER ON MEDICAL TRIP ON OR ABOUT **FEBRUARY 18th/2020
     FROM THE WYOMING CORRECTIONAL FACILITY TO "WARSAW"**, LOCATED AT
     WYOMING COUNTY COMMUNITY HOSPITAL,400-N.MAIN STREET. WARSAW N.Y
     14569-1025.

#2]  NAME OF AMBULANCE SERVICE THAT TRANSPORTED THIS REQUESTER TO THE
     "WARSAW" HOSPITAL ON THE 18th OF FEBRUARY/2020.

                              REQUESTER OF INFORMATION,
                              UNDERSIGNED.
DATE: 10/21/2020

                              MR. MARCEL PIERRE

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
**ORLEANS CORRECTIONAL FACILITY**
**MEMORANDUM**

TO: _PIERRE, Marcel_ DIN: _19B2321_ LOC: _F-1-44B_ DATE: _10/22/2020_

FROM: _SORC Meeder_ SUBJECT: FOIL ACKNOWLEDGEMENT FOIL LOG #: ORL- _20 - 208_

DATE RECEIVED: _10/22/2020_

_____ Your request for record(s) has been forwarded to _____ to determine record availability. You may expect a response within 20 days of the date of this letter unless otherwise notified in writing.

_____ Requested record(s) have been located. In order to proceed with your request, you will need to provide a disbursement form (#2706) for $ _____ for _____ pages to the **Attention of the FOIL Officer**. Reference should be made to the FOIL Log # on disbursement form. Copying cost is $.25/page. Current Departmental Policy does **NOT** authorize the advancement of funds to fulfill a FOIL request.

**X** The requested record(s) do not exist. FOIL guidelines do not require that a record(s) be created to satisfy a request.

_____ Your request is denied or redacted pursuant to:

_____ POL §(2)(a): Records are specifically exempt from disclosure by state or federal statute

_____ POL §(2)(b): If disclosed, would constitute an invasion of personal privacy

_____ POL §(2)(c): If disclosed, would impair present or imminent contract awards

_____ POL §(2)(d): If disclosed, would cause substantial injury to the competitive position of the enterprise

_____ POL §(2)(e): If disclosed, would interfere with law enforcement investigation

_____ POL §(2)(f): If disclosed, could endanger the life or safety of any person

_____ POL §(2)(g): Where records are inter-agency or intra-agency materials which are not statistical or factual tabulations, or external audits

_____ POL §(2)(i): If disclosed, would jeopardize the capacity of an agencies electronic information system or infrastructure

_____ POL §(95)(6)(c): Inmate records that are evaluative in nature

_____ Request for Medical Record(s) are to be directed to the Nurse Administrator. Your request has been forwarded to their attention.

_____ Requests for Mental Health Record(s) are to be directed to Central New York Psychiatric Center; PO Box 300, Marcy NY 13403-0300.

_____ RAP sheets are exempt from disclosure. Refer to Executive Law §837 (8) and 9 NYCRR 6051.1. You may request a copy from the Division of Criminal Justices Services; Records Retention Unit; 80 South Swan Street, Albany, New York 12210. Transitional Services may also assist you in obtaining a copy of your RAP Sheet.

_____ Pre-Sentence Reports are exempt from release with the following exception. In accordance with CPL §390.50, the Court shall make a copy of the presentence report available to an offender if **ONE** of following criteria applies. (1) Must have a Parole Board release interview scheduled to occur within the next six months; or (2) Filed or intends to file an administrative appeal of the most recent denial of parole. Requests must be directed to your assigned Offender Rehabilitation Coordinator for completion of Form #8370CS "Request for County Presentence Report," or "Order Granting the Disclosure of a Presentence Report". Refer to Departmental Directive 8370.

**X** Other: _Questions are not foil requests_

_____

_____

You may appeal any denials or deletions by writing to FOIL Appeals - Office of Counsel, Department of Corrections and Community Supervision, 1220 Washington Ave., Albany, New York 12226. The written appeal must (1) identify the record(s) you have been denied, (2) give date and location of your original request with reference of assigned FOIL Log Number, and (3) give your name and address.

CC: FOIL File

Revised: 10/16/2018

foil-req

RL030 (02/19)



**NEW YORK STATE** | **Commission of Correction**

**ALLEN RILEY**
Chairman

**THOMAS J. LOUGHREN**
Commissioner

July 1, 2020

Mr. Marcel Pierre
DIN # 19B2321
Orleans Correctional Facility
3531 Gaines Basin Road
Albion, New York 14411-9199

Dear Mr. Pireer:

This in response to your letter dated and received by the Commission on My 29, 2020.

Please be advised that it is not the intent of the Commission to circumvent the Department's grievance process. As such, it is suggested that you file a grievance (Inmate Grievance Form # 2131) with the Inmate Grievance Resolution Committee. You can contact an IGRC clerk to file a grievance and receive more information on the grievance process.

Please be advised that in the future, you exhaust all remedies of redress available to you at the facility level, as well as the New York State Department of Corrections and Community Supervision's level. However, if you continue to encounter any problems, you should direct your concerns to:

Acting Commissioner Anthony Annucci
NYS Department of Corrections and Community Supervision
Building 9, State Campus
Albany, New York 12226

Sincerely,

Bureau of Field Operations
NYS Commission of Correction

appeal
Grievance  Orl-0041-20                    5/25/20
From: Marcel pierre  19B2321
Cell location 8 C2 - 39 b

I filed a grievance on 3/1/20
and it was Denied on 3/4/20.  I
appealed to superintendent on 3/4/20
but i never recieved a response. I'ts been
well over 60 Days. I would like to appeal
to the next level because I don't agree
with the decision.

C.C. file
Orleans correctional facility

F.O.I.L. Request

request for access to departmental
in accordance Departmental Directive #2010

TO: Medical                    Date: 3/19/20

From: Marcel Pierre  Din: 15B2321   Cell loc: 5hu-C1-5T

I, Marcel Pierre 15B2321, make the following request to: review, the records/information outlined below. I assert that the information requested either pertains to me exclusively or such information is a general record and the viewing of such would not constitute a breach of any others personal privacy. In the event that photo-copies must be made of the information requested I understand that i may be charged 25¢ per page copied [Dir. 2010, Part (C)], public Officer's Law and Departmental Directive #2010-V(A) require that, within five days of receipt of this request the record will be made available, a written response will be given notifying applicant of the date and time such record may be made available for viewing, or a detailed reason for the denial of the request will be issued.

I would like to review/examine, the following record(s): I want to review my medical file.

C.C. File
Orleans correctional facility medical

FORM 2131E (REVERSE)  (REV. 9/12)

## ORL-0061-20        GRIEVANCE DISMISSED AND CLOSED

**Response of IGRC:**

After review and consideration, the IGRC dismisses and closes this grievance in accordance with Directive #4040, Section 701.5 (b), (4), (i), (d), and Section 701.3 (f) as the grievant is seeking action with respect to any policy, regulations, rule, or action of an agency not under the supervision of the Commissioner of Corrections and Community Supervision. In accordance with Directive #4040, Section 701.5 (b), (4), (iii), if the grievant believes that the dismissal is not authorized by the Directive, they may apply to the IGP Supervisor for review within seven calendar days after receipt of the IGRC's decision to dismiss the grievance.

Date Returned to Inmate    **MAR 0 4 2020**      IGRC Members

Chairperson

Return within 7 calendar days and check appropriate boxes.*

☐ I disagree with IGRC response and wish to appeal to the Superintendent.

☐ I agree with IGRC response and wish to appeal to the Superintendent.

☐ I have reviewed deadlocked response Pass-Thru to Superintendent

☐ I apply to the IGP Supervisor for review of dismissal

Signed _____

_____
Grievant                         Date

_____
Grievance Clerk                  Date

_____

*To be completed by Grievance Clerk.*

Grievance Appealed to the Superintendent_____

Grievance forwarded to the Superintendent for action_____

* An exception to the time limit may be requested under Directive #4040, section 701.6(g).

Prea
From: Marcel Pierre 19B2321
.ell locations: shu-c1-5T

3/4/20

On 2/18/20 approximately 1am I was transported
from wyoming correctional facility to a hospital which i
believe was warsaw but im not sure. Upon leaving the
facility i was transported by ambulance and followed by
correction officers. Upon admission into hospital I was taken
to a room and vitals taken. After waiting with officers in room
I was seen by nurse then doctor. I was told i was going to
have a colon check and cat scan. I told doctor and officers
that i refuse and i gave no permission to perform any medical
procedures on me and i would sign necessary paperwork
at which time i was told i cant refuse im now with state
property. They then rolled me on my side held me down and
the doctor stuck his finger in my anus and also some type
of camera or foreign object. I kicked and screamed stop but
they didn't. At no time did i authorize this treatment. After
this i recieved a cat scan and was transported to attica
correctional facility and placed on medical watch. I am traumatized
by these events.

C.C. Office
Prea

GRIEVANCE DATE:MARCH 1st/2020
CELL LOCATION Shu-C1-5T

              O F F E N D E R   G R I E V A N C E
              =====================================

     ON 2/18/20 APPROXIMATELEY 1:00am, I WAS TRANSPORTED  FROM WYOMING FAC.
TO THE HOSPITAL WHICH I BELIEVE WAS "WARSAW" BUT I'M NOT SURE.
UPON LEAVING THE FACILITY I WAS TRANSPORTED BY AMBULANCE AND FOLLOWED BY
A VAN WITH TWO CORRECTIONAL OFFICERS.

     UPON ADMISSION INTO THE HOSPITAL I WAS TAKEN TO A ROOM AND MY VITALS
WERE TAKEN, AFTER WAITING WITH THE OFFICERS IN A ROOM I WAS SEEN BY A DOCTOR.
I WAS TOLD I WAS GOING TO HAVE A COLON CHECK AND CAT-SCAN.

     I THEN TOLD THE DOCTOR AND OFFICERS THAT I REFUSE, AND I GIVE **NO**
PERMISSION TO PERFORM ANY MEDICAL PROCEDURES ON ME AND I WOULD SIGN THE
NECCESSARY PAPER WORK REFUSING MEDICAL TREATMENT IF NEEDED.

     I WAS THEN TOLD BY THE **OFFICERS** " THAT YOU CAN'T REFUSE IN NEW YORK
YOU ARE STATE PROPERTY".  I WAS THEN PHYSICALLY GRABBED AND ROLLED ON TO
MY SIDE BY THE OFFICERS, AND THE DOCTOR STUCK HIS FINGERS UP MY ANAL AREA
AND ALSO SOME TYPE OF CAMERA OR FOREIGN OBJECT.

     I KICKED AND SCREAMED STOP BUT THEY DID'NT STOP. AT NO TIME DID I
AUTHORIZE THIS TREATMENT. AFTER I WAS VIOLATED I WAS FURTHER GIVEN A CAT-
SCAN, AND WAS TRANSPORTED TO THE ATTICA FACILITY BY THE OFFICERS, WHO HELD
ME DOWN IN THE HOSPITAL. UPON ARRIVAL AT THE ATTICA FACILITY I WAS PLACED
ON MEDICAL WATCH. I **WOULD LIKE TO FIND OUT THE NAMES OF THE OFFICERS** ASWELL
THE DOCTORS THAT PERFORMED THE PROCEDURE.

                                   GRIEVANT SIGNATURE

cc. File                           MR. MARCEL PIERRE
Orleans Correctional Facility

Grievance
From: Marcel Pierre #19-B-2321                    3/1/20

Cell location: Shu–Cl-5T

(22) medical treatment=
       treatment outside hospital

On 2/18/20 approximately 7am I was transported
from Wyoming Correctional facility to a hospital which i
believe was warsaw but im not sure. Upon leaving the facility
I was transported by ambulance and followed by Correction
Officers. Upon admission into hospital i was taken to a room
and vitals taken. After waiting with Officers in room i was
seen by a nurse then doctor. I was told i was going to have
a colon check and cat-scan. I told doctor and officers that
I refuse and i give no permission to perform and medical procedures
on me and i would sign necessary paperwork at which time
i was told i can't refuse im new york state property. They then
rolled me on my side held me down and the doctor stuck his finger
in my anus and also some type of camera or foreign object. I kicked
and screamed stop but they didn't. At no time did i authorize this
treatment. After this i recieved a cat-scan and was transported to africa
correctional facility and placed on medical watch. I would like to
find our officers names as well as doctors and have them fired.


C.C. File
Orleans correctional grievance

UNITED STATES DISTRCIT COURT
FEDERAL DISTRCIT OF NEW YORK STATE
======================================X

C E R T I F I C A T E   O F
S E R V I C E *

CIVIL ACTION NO: _____

CV# _____

PLAINTIFF, <u>MARCEL PIERRE  #19-B-2321</u>

-Against-

DEFENDANTS, STATE OF NEW YORK DEPARTMENT
OF CORRECTIONS AND COMMUNITY SUPERVISION,
ET.AL (JOHN DOES #1-3)
======================================X


I <u>MARCEL PIERRE</u> CERTIFY THAT ON THIS 19 day OF <u>NOVEMBER</u>
IN THE YEAR OF 2020.
I did place in a sealed ENVOLOPE THE EXACT CONTENTS OF THE CIVIL ACTION
AND ALL ATTACHED PAPERS THERETO UPON THE DEFENDANTS BY WAY OF THE UNITED
STATES POSTAL SERVICE AND THE FACILITY LEGAL MAIL PROCESS.

#1]    CIVIL COMPLAINT/ APPLICATION FOR POOR PERSON RELIEF/VERIFICATION
       AFFIDAVIT/CERTIFICATION OF SERVICE/ APPENDIX.

P A R T I E S   S E R V E D,

(a)  STATE OF NEW YORK
     ATTORNEY GENERAL Hon. LETITIA JAMES
     THE CAPITOL, ALBANY, N.Y  12224-0341

(b)  CLERK OF THE COURT
     UNITED STATES DISTRICT COURT[
     2- NIAGRA SQUARE
     BUFFALO, N.Y  142020-3328

SWORN TO BEFORE ME,
THIS 24 DAY OF November 20 20

_____
N O T A R Y   P U B L I C

**JOHN M. FITZAK**
Notary Public - State of New York
No. 01FI6026303
Qualified in Orleans County
My Commission Expires June 14, 20 23

SWORN TO PURSUANT
§ 28-U.S.C.A 1746

_____
PLAINTIFF,
MARCEL PIERRE 19-B-2321

cover

LEGAL MAIL

MARCEL PIERRE #19-B-2321
ORLEANS CORRECTIONAL FACILITY
3531 GAINES BASIN ROAD
ALBION, NEW YORK 14411-9199

U.S.D.C. - W.D.N.Y.
JAN 27 2021
BUFFALO

TO: UNITED STATES DISTRICT COURT
WESTERN DISTRCIT OF NEW YORK STATE
2-NIAGARA SQUARE
BUFFALO, NEW YORK 14202-3328





ORLEANS

CORRECTIONAL FACILITY

NEOPOST
01/25/2021
US POSTAGE $002
ZIP
04.1M11

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Marcel Pierre # 19B2321

### DEFENDANTS

State of NY Department of Corrections and Community Supervision, et al

**(b)** County of Residence of First Listed Plaintiff    Orleans
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Pro Se

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1  U.S. Government Plaintiff
- [x] 3  Federal Question (U.S. Government Not a Party)
- [ ] 2  U.S. Government Defendant
- [ ] 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | Personal Injury | | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | Product Liability | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| | | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 371 Truth in Lending | Act | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 380 Other Personal Property Damage | [ ] 720 Labor/Management Relations | | [ ] 485 Telephone Consumer Protection Act |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | **SOCIAL SECURITY** | [ ] 490 Cable/Sat TV |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | | [ ] 751 Family and Medical Leave Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 196 Franchise | | | [ ] 790 Other Labor Litigation | [ ] 862 Black Lung (923) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 791 Employee Retirement Income Security Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | | [ ] 864 SSID Title XVI | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | [ ] 865 RSI (405(g)) | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | **FEDERAL TAX SUITS** | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | [ ] 540 Mandamus & Other | [ ] 462 Naturalization Application | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 950 Constitutionality of State Statutes |
| | [ ] 448 Education | [x] 550 Civil Rights | [ ] 465 Other Immigration Actions | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1  Original Proceeding
- [ ] 2  Removed from State Court
- [ ] 3  Remanded from Appellate Court
- [ ] 4  Reinstated or Reopened
- [ ] 5  Transferred from Another District *(specify)*
- [ ] 6  Multidistrict Litigation - Transfer
- [ ] 8  Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   [ ] Yes   [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____     DOCKET NUMBER _____

DATE

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____